UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK W. SMITH, JR., et al., <br><br> Petitioners, <br> v. <br> UNITED STATES OF AMERICA, et al., <br><br> Respondents. | 1:05-mc-00026-SMS <br><br> ORDER GRANTING PETITIONERS' REQUEST FOR DISMISSAL OF PETITION (DOC. 3) |

   Petitioners filed a motion to quash an IRS summons on May 3, 2005.

   Pursuant to the notice of withdrawal of petition and request for dismissal filed by Petitioners on May 7, 2008, the Court GRANTS Petitioners' request for dismissal and ORDERS that the petition BE DISMISSED.

IT IS SO ORDERED.

**Dated:   May 14, 2008**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1